UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT A. GREEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:06CV1758 CDP |
| INGERSOLL-RAND HUSSMANN, | ) ) ) |
| Defendant. | ) |

## **ORDER**

As discussed in the telephone conference today, plaintiff's attorney shall file an amended complaint by **April 20, 2007**. As a result, I will deny defendant's motion to dismiss as moot without prejudice as to any defense or claim.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Vincent Green shall file amended complaint by **April 20, 2007**.

**IT IS FURTHER ORDERED** that defendant Ingersoll-Rand Hussmann's motion to dismiss [#9] is denied as moot without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of April, 2007.